IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNYE J. THOMAS, ) | RECEIVED |
| ) | |
| Plaintiff, ) | 2006 DEC 12 P 1:07 |
| ) | |
| v. ) | CASE NO.: 2:06-CV-1101-MEF |
| ) | |
| AMERICAN HERITAGE LIFE ) | Formerly CV-2006-2789 |
| INSURANCE COMPANY, et al., ) | In the Circuit Court of Montgomery |
| ) | County, Alabama |
| Defendants. ) | |

### NOTICE OF APPEARANCE

The undersigned attorney, David W. McDowell hereby gives notice of his appearance as counsel of record for Defendant ALLSTATE LIFE INSURANCE COMPANY in the above-captioned matter. Please serve all future pleadings and direct all future correspondence to the undersigned.

Respectfully submitted on December 11, 2006.

_____
David W. McDowell (ASB-7713-L69d)
One of the attorneys for
Allstate Life Insurance Company

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:   (205) 328-0480 –
Facsimile:   (205) 322-8007

1

## CERTIFCATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on all parties and counsel of record by placing same in the United States mail, postage prepaid and properly addressed as follows:

Rodney Newman Caffey, Esquire
Attorney at Law
Post Office Box 2012
Montgomery, Alabama 36102
(334) 220-4310

                BAKER, DONELSON, BEARMAN,
                CALDWELL & BERKOWITZ, PC

                By: /s/ David W. McDowell
                (ASB-7713-L69d)