IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNYE J. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:06-cv-1101-MEF |
| | ) |
| AMERICAN HERITAGE LIFE | ) Formerly CV-2006-2789 |
| INSURANCE COMPANY, et al., | ) In the Circuit Court of Montgomery |
| | ) County, Alabama |
| Defendants. | ) |

RECEIVED
2006 DEC 12 P 1:06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF APPEARANCE

The undersigned attorney, David W. McDowell hereby gives notice of his appearance as counsel of record for Defendant AMERICAN HERITAGE LIFE INSURANCE COMPANY in the above-captioned matter. Please serve all future pleadings and direct all future correspondence to the undersigned.

Respectfully submitted on December 11, 2006.

_____
David W. McDowell (ASB-7713-L69d)
One of the attorneys for
American Heritage Life Insurance Company

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:   (205) 328-0480 –
Facsimile:   (205) 322-8007

1

B DWM 732164 v1
2790330-000015 12/11/2006

## CERTIFCATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on all parties and counsel of record by placing same in the United States mail, postage prepaid and properly addressed as follows:

Rodney Newman Caffey, Esquire
Attorney at Law
Post Office Box 2012
Montgomery, Alabama 36102
(334) 220-4310

                                          BAKER, DONELSON, BEARMAN,
                                          CALDWELL & BERKOWITZ, PC

                                          By: /s/ David W. McDowell
                                          (ASB-7713-L69d)

B DWM 732164 v1
2790330-000015 12/11/2006