IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNYE J. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:06-CV-1101-MEF |
| ) | |
| AMERICAN HERITAGE LIFE ) | Formerly CV-2006-2789 |
| INSURANCE COMPANY, et al., ) | In the Circuit Court of Montgomery |
| ) | County, Alabama |
| Defendants. ) | |

RECEIVED 2006 DEC 12 P 1:06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## RULE 7.1 DISCLOSURE STATEMENT

COMES now the Defendant, ALLSTATE LIFE INSURANCE COMPANY, and, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure makes the following disclosures.

1. Allstate Life Insurance Company is wholly owned by Allstate Insurance Company.

2. Allstate Insurance Company is an Illinois Corporation with its principal place of business in Illinois.

Respectfully submitted on December 11, 2006.

David W. McDowell (ASB-7713-L69d)
One of the attorneys for
Allstate Life Insurance Company

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:  (205) 328-0480 –
Facsimile:   (205) 322-8007

B DWM 732162 v1
2790330-000015 12/11/2006

## CERTIFCATE OF SERVICE

    I hereby certify that a copy of the foregoing document has been served on all parties and counsel of record by placing same in the United States mail, postage prepaid and properly addressed as follows:

Rodney Newman Caffey, Esquire
Attorney at Law
Post Office Box 2012
Montgomery, Alabama 36102
(334) 220-4310

                                                BAKER, DONELSON, BEARMAN,
                                                CALDWELL & BERKOWITZ, PC

                                                By: /s/ David W. McDowell
                                                (ASB-7713-L69d)

B DWM 732162 v1
2790330-000015 12/11/2006