IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 DEC 12 P 1: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

| | |
|---|---|
| ANNYE J. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:06-cv-1101-MEF |
| ) | |
| AMERICAN HERITAGE LIFE ) | Formerly CV-2006-2789 |
| INSURANCE COMPANY, et al., ) | In the Circuit Court of Montgomery |
| ) | County, Alabama |
| Defendants. ) | |

## RULE 7.1 DISCLOSURE STATEMENT

COMES now the Defendant, AMERICAN HERITAGE LIFE INSURANCE COMPANY, and, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure makes the following disclosures.

1. American Heritage Life Insurance Company is wholly owned by Allstate Corporation.

2. Allstate Corporation is a Delaware Corporation with its principal place of business in Illinois.

Respectfully submitted on December 11, 2006.

_____
David W. McDowell (ASB-7713-L69d)
One of the attorneys for
American Heritage Life Insurance Company

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:   (205) 328-0480 –
Facsimile:    (205) 322-8007

1

B DWM 732160 v1
2790330-000015 12/11/2006

## CERTIFCATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on all parties and counsel of record by placing same in the United States mail, postage prepaid and properly addressed as follows:

Rodney Newman Caffey, Esquire
Attorney at Law
Post Office Box 2012
Montgomery, Alabama 36102
(334) 220-4310

                                          BAKER, DONELSON, BEARMAN,
                                          CALDWELL & BERKOWITZ, PC

                                          By: /s/ David W. McDowell
                                          (ASB-7713-L69d)

B DWM 732160 v1
2790330-000015 12/11/2006