**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| ANNYE J. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: _2:06-Cv-1101-WKW-WC |
| | ) | |
| AMERICAN HERITAGE LIFE | ) | Formerly CV-2006-2789 |
| INSURANCE COMPANY, et al., | ) | In the Circuit Court of Montgomery |
| | ) | County, Alabama |
| Defendants. | ) | |

## DEFENDANT ALLSTATE LIFE INSURANCE COMPANY'S MOTION TO DISMISS

Defendant ALLSTATE LIFE INSURANCE COMPANY, enters this limited appearance to contest sufficiency of process and sufficiency of service of process under Federal Rules of Civil Procedure 12(b)(2), (4) and (5).   In support of this Motion, Allstate Life Insurance Company submits the following:

1.     "A federal court may consider the sufficiency of process after removal and does so by looking to the state law governing process."  *Usatorres v. Marina Mercante Nicaraguenses,* 768 F.2d 1285, 1286 n.1 (11ᵗʰ Cir. 1985).

2.     The Plaintiff did not comply with the provisions of Alabama law governing service of process.  Allstate Life Insurance Company attaches hereto its Motion to Dismiss filed in Montgomery County, Alabama in connection with this case, along with the affidavit of Deborah Burgi, and it hereby adopts and incorporates the arguments set forth in that motion as if fully set forth herein.

WHEREFORE, based on the foregoing, Allstate Life Insurance Company moves for an Order dismissing the Plaintiff's Complaint against it without prejudice, costs taxed as paid.

1

B DWM 733033 v1
2790330-000015 12/18/2006

Respectfully submitted this _____ day of _____, 2006.

/s/ David W. McDowell (ASB7713-l59d)
One of the attorneys for
Allstate Life Insurance Company

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:    (205) 328-0480 –
Facsimile:    (205) 322-8007

## CERTIFCATE OF SERVICE

I, certify that on the _____ day of _____, 2006, a copy of the foregoing document was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Rodney Newman Caffey, Esquire
Attorney at Law
Post Office Box 2012
Montgomery, Alabama 36102
(334) 220-4310

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: /s/ David W. McDowell
    (ASB-7713-l69d)

B DWM 733033 v1
2790330-000015 12/18/2006

# EXHIBIT - A



**AlaFile E-Notice**

03-CV-2006-002789.00

Judge: WILLIAM A. SHASHY

To:  DAVID MCDOWELL
dmcdowell@bakerdonelson.com

---

# NOTICE OF ELECTRONIC FILING

---

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### ANNYE J THOMAS VS ALLSTATE LIFE INSURANCE ET AL
### 03-CV-2006-002789.00

The following matter was FILED on 12/11/2006 3:15:15 PM

**D001 ALLSTATE LIFE INSURANCE COMP**
**MOTION TO DISMISS PURSUANT TO RULE 12(B)**

[Attorney: MCDOWELL DAVID W]

Notice Date:      12/11/2006 3:15:15 PM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov

| **STATE OF ALABAMA**<br>Unified Judicial System | Revised 2/14/05 | **Case No.** |
|---|---|---|
| 03-MONTGOMERY □ District Court ☑ Circuit Court | | CV200600278900 |

| ANNYE J THOMAS VS ALLSTATE LIFE<br>INSURANCE ET AL | **CIVIL MOTION COVER SHEET**<br>*Name of Filing Party:* D001 - ALLSTATE LIFE INSURANCE COMP |
|---|---|

| *Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*<br>DAVID MCDOWELL<br>420 NORTH 20TH STREET, STE. 1600<br>BIRMINGHAM, AL 35203<br>*Attorney Bar No.:* MCD049 | □ Oral Arguments Requested |
|---|---|

## TYPE OF MOTION

| **Motions Requiring Fee** | **Motions Not Requiring Fee** |
|---|---|
| □ Default Judgment ($50.00) | □ Add Party |
| □ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | □ Amend |
| | □ Change of Venue/Transfer |
| | □ Compel |
| □ Judgment on the Pleadings ($50.00) | □ Consolidation |
| | □ Continue |
| □ Motion to Dismiss, or in the Alternative Summary Judgment($50.00) | □ Deposition |
| | □ Designate a Mediator |
| □ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | □ Judgment as a Matter of Law (during Trial) |
| | □ Disburse Funds |
| | □ Extension of Time |
| □ Summary Judgment pursuant to Rule 56($50.00) | □ In Limine |
| | □ Joinder |
| □ Other _____ | □ More Definite Statement |
| pursuant to Rule _____ ($50.00) | ☑ Motion to Dismiss pursuant to Rule 12(b) |
| | □ New Trial |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | □ Objection of Exemptions Claimed |
| | □ Pendente Lite |
| | □ Plaintiff's Motion to Dismiss |
| □ Local Court Costs $ _____ | □ Preliminary Injunction |
| | □ Protective Order |
| | □ Quash |
| | □ Release from Stay of Execution |
| | □ Sanctions |
| | □ Sever |
| | □ Special Practice in Alabama |
| | □ Stay |
| | □ Strike |
| | □ Supplement to Pending Motion |
| | □ Vacate or Modify |
| | □ Withdraw |
| | □ Other _____ |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship □ | Date:<br>12/11/2006 3:11:49 PM | Signature of Attorney or Party:<br>/s DAVID MCDOWELL |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



ELECTRONICALLY FILED
12/11/2006 3:15 PM
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
MELISSA RITTENOUR, CLERK

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
CIVIL DIVISION

ANNYE J. THOMAS c/o, THE ESTATE OF )
LAKECIA Q. BROADNAX,                )
                                    )
          Plaintiff,                )
                                    )
     v.                             )
                                    ) Case No.: CV-2006-2789
ALLSTATE LIFE INSURANCE COMPANY, et )
al.,                                )
                                    )
          Defendants.               )

## DEFENDANT ALLSTATE LIFE INSURANCE COMPANY'S MOTION TO DISMISS

COMES now Defendant, ALLSTATE LIFE INSURANCE COMPANY, and enters this limited appearance to contest sufficiency of process and sufficiency of service of process under Alabama Rules of Civil Procedure 12(b)(2), (4) and (5). In support of this Motion, Allstate Life Insurance Company submits the following:

1. On November 8, 2006, the Plaintiff filed the above-styled action against Allstate Life Insurance Company and American Heritage Life Insurance Company.

2. A Summons and Complaint was served on Ben Pugh at 2100 Spruce Street, Montgomery, Alabama 36106.

3. Ben Pugh is not an officer, a managing or general agent, or any agent authorized by law to receive service of process for Allstate Life Insurance Company. (Affidavit of Deborah Burgi, attached hereto as Exhibit 1).

4. The Plaintiff's attempt to serve Allstate Life Insurance Company was improper under Rule 12(b)(2), (4) and (5) because the summons was not directed to an officer, a

1

managing or general agent, or a registered agent as required by Rule 4(c)(6) of the
Alabama Rules of Civil Procedure.[1]

WHEREFORE, based on the foregoing, Allstate Life Insurance Company moves for an
Order dismissing the Plaintiff's Complaint against it without prejudice, costs taxed as paid.

Respectfully submitted this _____*11*_____ day of _____*December*_____, 2006.

/s/ David W. McDowell
David W. McDowell (MCD049)
One of the attorneys for
Allstate Life Insurance Company

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:      (205) 328-0480
Facsimile:      (205) 322-8007

---

[1] Furthermore, without waiving its right to contest service and the Court's lack of jurisdiction over it, Allstate Life Insurance Company points out that it is not a proper party to this lawsuit. The Plaintiff's claims arise from a life insurance policy issued by American Heritage Life Insurance Company. American Heritage Life Insurance Company is a wholly-owned subsidiary of The Allstate Corporation. Allstate Life Insurance Company is wholly owned by Allstate Insurance Company, which is owned by The Allstate Corporation. Allstate Life Insurance Company and American Heritage Life Insurance Company are two distinct entities.

2

## CERTIFCATE OF SERVICE

I, certify that on the _____ *11* _____ day of _____ *December* _____, 2006, a copy of the foregoing document was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Rodney Newman Caffey, Esquire
Attorney at Law
Post Office Box 2012
Montgomery, Alabama 36102
(334) 220-4310

                            BAKER, DONELSON, BEARMAN,
                            CALDWELL & BERKOWITZ, PC

                            By: /s/ David W. McDowell (MCD049)

B DWM 731345 v1
2790330-000015 12/1/2006



ELECTRONICALLY FILED
12/11/2006 3:15 PM
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
MELISSA RITTENOUR, CLERK

# EXHIBIT - 1



**AlaFile E-Notice**

03-CV-2006-002789.00

Judge: WILLIAM A. SHASHY

To:  ALLSTATE LIFE INSURANCE COMP (PRO SE)
     % BEN PUGH
     2100 SPRUCE ST
     MONTGOMERY, AL 36106

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### ANNYE J THOMAS VS ALLSTATE LIFE INSURANCE ET AL
### 03-CV-2006-002789.00

The following matter was FILED on 12/11/2006 4:09:46 PM

**D001 ALLSTATE LIFE INSURANCE COMP**
**MOTION TO AMEND**

[Attorney: MCDOWELL DAVID W]

Notice Date:      12/11/2006 4:09:46 PM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950
melissa.rittenour@alacourt.gov

| **STATE OF ALABAMA**<br>Unified Judicial System | **Revised 2/14/05** | **Case No.** |
|---|---|---|
| 03-MONTGOMERY | ☐ District Court ☑ Circuit Court | CV200600278900 |

| ANNYE J THOMAS VS ALLSTATE LIFE<br>INSURANCE ET AL | **CIVIL MOTION COVER SHEET**<br>*Name of Filing Party:* D001 - ALLSTATE LIFE INSURANCE COMP |
|---|---|

| *Name, Address, and Telephone No. of Attorney or Party. If Not Represented.*<br>DAVID MCDOWELL<br>420 NORTH 20TH STREET, STE. 1600<br>BIRMINGHAM, AL 35203<br>*Attorney Bar No.:* MCD049 | ☐ Oral Arguments Requested |
|---|---|

## TYPE OF MOTION

| **Motions Requiring Fee** | **Motions Not Requiring Fee** |
|---|---|
| ☐ Default Judgment ($50.00) | ☐ Add Party |
| ☐ Joinder in Other Party's Dispositive Motion (i.e. Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☑ Amend |
| | ☐ Change of Venue/Transfer |
| | ☐ Compel |
| ☐ Judgment on the Pleadings ($50.00) | ☐ Consolidation |
| ☐ Motion to Dismiss, or in the Alternative Summary Judgment($50.00) | ☐ Continue |
| | ☐ Deposition |
| | ☐ Designate a Mediator |
| ☐ Renewed Dispositive Motion(Summary Judgment, Judgment on the Pleadings, or other Dispositive Motion not pursuant to Rule 12(b)) ($50.00) | ☐ Judgment as a Matter of Law (during Trial) |
| | ☐ Disburse Funds |
| ☐ Summary Judgment pursuant to Rule 56($50.00) | ☐ Extension of Time |
| | ☐ In Limine |
| | ☐ Joinder |
| ☐ Other _____ | ☐ More Definite Statement |
| pursuant to Rule _____ ($50.00) | ☐ Motion to Dismiss pursuant to Rule 12(b) |
| | ☐ New Trial |
| *Motion fees are enumerated in §12-19-71(a). Fees pursuant to Local Act are not included. Please contact the Clerk of the Court regarding applicable local fees. | ☐ Objection of Exemptions Claimed |
| | ☐ Pendente Lite |
| | ☐ Plaintiff's Motion to Dismiss |
| | ☐ Preliminary Injunction |
| ☐ Local Court Costs $ _____ | ☐ Protective Order |
| | ☐ Quash |
| | ☐ Release from Stay of Execution |
| | ☐ Sanctions |
| | ☐ Sever |
| | ☐ Special Practice in Alabama |
| | ☐ Stay |
| | ☐ Strike |
| | ☐ Supplement to Pending Motion |
| | ☐ Vacate or Modify |
| | ☐ Withdraw |
| | ☐ Other _____ |
| | pursuant to Rule _____ (Subject to Filing Fee) |

| Check here if you have filed or are filing contemporaneously with this motion an Affidavit of Substantial Hardship ☐ | Date:<br>12/11/2006 4:08:21 PM | Signature of Attorney or Party:<br>/s DAVID MCDOWELL |
|---|---|---|

*This Cover Sheet must be completed and submitted to the Clerk of Court upon the filing of any motion. Each motion should contain a separate Cover Sheet.
**Motions titled 'Motion to Dismiss' that are not pursuant to Rule 12(b) and are in fact Motions for Summary Judgments are subject to filing fee.



ELECTRONICALLY FILED
12/11/2006 4:09 PM
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
MELISSA RITTENOUR, CLERK

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
CIVIL DIVISION

ANNYE J. THOMAS c/o, THE ESTATE OF )
LAKECIA Q. BROADNAX,                )
                                    )
            Plaintiff,              )
    v.                              )
                                    ) Case No.: CV-2006-2789
ALLSTATE LIFE INSURANCE COMPANY, et )
al.,                                )
                                    )
            Defendants.             )

**ADDENDUM TO MOTION TO DISMISS AND
NOTICE OF SUBSTITUTION OF EXHIBIT TO DEFENDANT ALLSTATE LIFE
INSURANCE COMPANY'S MOTION TO DISMISS**

Defendant ALLSTATE LIFE INSURANCE COMPANY, pursuant to Rules 10(c) and

12(b) of the Alabama Rules of Civil Procedure, hereby gives notice of the substitution of the

attached Exhibit 1 in place of the Exhibit that was attached to its Motion to Dismiss filed in this

case on December 11, 2006. The Exhibit attached to the Motion to Dismiss filed on December

11, 2006, was incorrect. The Exhibit attached to this Notice is the correct Exhibit, and is the

Exhibit referred to in this Defendant's Motion to Dismiss.

Respectfully submitted this 11th day of December , 2006.

/s/ David W. McDowell_____
David W. McDowell (MCD049)
One of the attorneys for
Allstate Life Insurance Company

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:   (205) 328-0480  Facsimile:  (205) 322-8007

1

## CERTIFCATE OF SERVICE

I, certify that on the 11th day of December, 2006, a copy of the foregoing document was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Rodney Newman Caffey, Esquire
Attorney at Law
Post Office Box 2012
Montgomery, Alabama 36102
(334) 220-4310

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

By: /s/ David W. McDowell (MCD049)

2

# EXHIBIT - 1

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
CIVIL DIVISION

ANNYE J. THOMAS c/o, THE ESTATE OF   )
LAKECIA Q. BROADNAX,                   )
                                     )
        Plaintiff,             )
                                     )
       v.                      )
                                     ) Case No.:  CV-2006-2789
ALLSTATE LIFE INSURANCE COMPANY, et )
al.,                                      )
                                   )
        Defendants.           )

## AFFIDAVIT OF DEBORAH BURGI

     I, Deborah Burgi, having been duly sworn according to law, do hereby depose and say as follows:

1.    I am over the age of 19 years, and I am competent to give this Affidavit.  I hold the title of Assistant Counsel II in the Law & Regulation Department of Allstate Financial. Allstate Financial is a part of Allstate Insurance Company.  The Law & Regulation Department provides legal advice to various companies in which Allstate Insurance Company owns a controlling interest.  I understand that I am providing this Affidavit in support of Allstate Life Insurance Company's Motion to Dismiss.

2.    In the course of my employment as Assistant Counsel II for Allstate Insurance Company, I have developed a working knowledge of entities that are authorized to accept service of process on behalf of Allstate Life Insurance Company.

3.    Allstate Life Insurance Company is an Illinois corporation with its principal place of business located at 3100 Sanders Road, Northbrook, Illinois  60062.

4.    Ben Pugh of 2100 Spruce Street, Montgomery, Alabama 36106, is neither an officer nor

a managing or general agent, nor an agent authorized by law to receive service of process

for Allstate Life Insurance Company.

ALLSTATE LIFE INSURANCE COMPANY

By: _____

Deborah Burgi
Assistant Counsel II,
Allstate Insurance Company

STATE OF FLORIDA        )
COUNTY OF DUVAL         )

I, _Marcelle E. Gillis_ , the undersigned, a Notary Public in and for said
County in said State, hereby certify that Deborah Burgi, whose name is signed to the foregoing
document, and who is known to me, acknowledged before me on this date that, being informed
of the contents of this document executed the same voluntarily on the day the same bears date.

Given under my hand and seal this _7th_ day of _December_ , 2006.

(SEAL)

Marcelle E. Gillis
Commission # DD304845
Expires June 7, 2008
Bonded Troy Fain - Insurance, Inc. 800-385-7019

_____
Notary Public
My Commission Expires: _June 7, 2008_