IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNYE J. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CASE NO. 2:06-cv-1101-WKW |
| ALLSTATE LIFE INSURANCE | ) |
| COMPANY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the Defendant American heritage Life Insurance Company's Motion for Leave to Deposit Funds into Court (Doc. # 9), it is ORDERED that, pursuant to Rule 67 of the Federal Rules of Civil Procedure, the motion is GRANTED.

Done this the 19th day of January, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE.