IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

ANNYE J. THOMAS, c/o
THE ESTATE OF LAKECIA Q.
BROADNAX,

2007 JAN 29 P 4: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff,

v.                                                                                   CV~~06~~ 2:06 CV-1101

AMERICAN HERITAGE INSURANCE
COMPANY,

Defendants.

### PLAINTIFFS' MOTION TO DISMISS DEFENDANT ALLSTATE LIFE INSURANCE COMPANY

**COMES NOW**, the Plaintiff by and through her undersigned counsel, and Does hereby request this Honorable Court dismiss the Defendant Allstate Life Insurance Company from the above-styled cause. As grounds Plaintiff states the following:

1. The Plaintiff's claims arise from a life insurance policy issued by Defendant American Heritage Life Insurance Company.

2. American Heritage Life Insurance Company is a wholly-owned subsidiary of The Allstate Corporation.

3. Allstate Life Insurance Company is wholly-owned by Allstate Insurance Company, which is owned by The Allstate Corporation.

4. Allstate Life Insurance and American Heritage Life Insurance Company are two distinct entities.

**WHEREFORE premises considered,** the Plaintiff moves for an order dismissing the Defendant Allstate Life Insurance Company *only,* from the Complaint.

**Respectfully Submitted:** on this the 29th day of January 2007.

                                                                                                             /s/ Rodney N. Caffey
                                                                                                             RODNEY N. CAFFEY (CAF002)
                                                                                                             Attorney for Plaintiff

ADDRESS OF COUNSEL:

RODNEY N. CAFFEY
ATTORNEY AT LAW
Post Office Box 2012
Montgomery, AL 36102
Telephone: (334) 220-4310

## CERTIFCATE OF SERVICE

I hereby certify that on this 29th day of January 2007, I have served a copy of the foregoing upon the following by electronic mail:

David W. McDowell, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, AL 35203

                                                                                                             /s/ Rodney N. Caffey
                                                                                                             Rodney N. Caffey