IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNYE J. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CASE NO. 2:06-cv-1101-WKW |
| ALLSTATE LIFE INSURANCE | ) |
| COMPANY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the plaintiff's Motion to Dismiss Defendant Allstate Life Insurance Company, and for good cause shown, it is ORDERED that

1. The Motion to Dismiss (Doc. # 11) is GRANTED.

2. All claims against Defendant Allstate Life Insurance Company are DISMISSED with prejudice.

3. Allstate Life Insurance Company is DISMISSED as a defendant in this matter.

In light of the dismissal, Allstate Life Insurance Company's Motion to Dismiss (Doc. # 6) is DENIED as MOOT.

DONE this 30th day of January, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE