IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNYE J. THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 2:06-CV-1101-WKW |
| AMERICAN HERITAGE LIFE INSURANCE COMPANY, et al., | ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff ANNYE J. THOMAS and Defendant AMERICAN HERITAGE LIFE INSURANCE COMPANY hereby jointly stipulate to the dismissal with prejudice of all claims, each party to bear her or its own costs.

Respectfully submitted this 20th day of February, 2007.

s/ Rodney Newman Caffey
Attorney for Annye J. Thomas

Attorney at Law
Post Office Box 2012
Montgomery, Alabama 36102
(334) 220-4310

s/ David W. McDowell (ASB-7713-L69d)
One of the attorneys for
American Heritage Life Insurance Company

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:    (205) 328-0480
Facsimile:    (205) 322-8007