**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 21, 2007

# NOTICE OF CORRECTION

**From:**             **Clerk's Office**

**Case Style:**       **Annye J. Thomas v. Allstate Life Insurance Company**

**Case Number:**      **#2:06-cv-01101-WKW**

**Referenced Document:**  **Document #14**
                          **Joint Stipulation of Dismissal**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a proper electronic signature as required by Civil Administrative Procedure II-C. The corrected pdf is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANNYE J. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:06-CV-1101-WKW |
| | ) |
| AMERICAN HERITAGE LIFE | ) |
| INSURANCE COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff ANNYE J. THOMAS and Defendant AMERICAN HERITAGE LIFE INSURANCE COMPANY hereby jointly stipulate to the dismissal with prejudice of all claims, each party to bear her or its own costs.

Respectfully submitted this 20th day of February, 2007.

                                                      s/ Rodney Newman Caffey
                                                    Attorney for Annye J. Thomas

Attorney at Law
Post Office Box 2012
Montgomery, Alabama 36102
(334) 220-4310

                                                      s/ David W. McDowell (ASB-7713-L69d)
                                                      One of the attorneys for
                                                      American Heritage Life Insurance Company

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Wachovia Tower, Suite 1600
420 Twentieth Street North
Birmingham, Alabama 35203
Telephone:   (205) 328-0480
Facsimile:    (205) 322-8007

1